# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LOLA LUCIO, Individually,** | : |
| | : Case No. 20-cv-11594 |
| **Plaintiff,** | : Hon. Bernard A. Friedman |
| | : |
| v. | : |
| | : |
| **YORK PLAZA ASSOCIATES LP.** | : |
| A Domestic Limited Partnership | : |
| | : |
| **Defendant.** | : |
| _____ | : |

## STIPULATED ORDER OF DISMISSAL

The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

SO ORDERED.

| | |
|---|---|
| | s/Bernard A. Friedman |
| Dated:  November 12, 2020 | Bernard A. Friedman |
| Detroit, Michigan | Senior United States District Judge |

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.

Stipulated and agreed to this 10th day of November, 2020 by:

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Sam J. Vitale |
| Pete M. Monismith (P78186) | Sam J. Vitale (P78970) |
| Attorney for Plaintiff | Attorney for Defendant |